IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| PAPO ANGEL LOPEZ, #1137034 | § | |
| VS. | § | CIVIL ACTION NO. 9:04cv103 |
| BILLY S. HUMPHREY, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Harry W. McKee. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the defendants' motion for summary judgment (docket entry #32) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. All other motions by either party not previously ruled on are hereby denied.

**SIGNED** this the **17** day of **August, 2005.**

_____
Thad Heartfield
United States District Judge